UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN HILL (#133059)

VERSUS

STEVE RADER, ET AL.

CIVIL ACTION

NO. 12-173-BAJ-SCR

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Steven C. Riedlinger dated May 17, 2012 (doc. no. 6). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED without prejudice for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a) and with prejudice to refiling the complaint in forma pauperis.

Baton Rouge, Louisiana, this 18 day of June, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA